1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO FERNANDEZ,<br>Inmate Booking No. A205-495-281,<br><br>                              Plaintiff,<br><br>vs.<br><br><br>SIX UNKNOWN NAMES AGENTS;<br>BARACK OBAMA,<br><br>                              Defendants. | Civil      14cv0626 GPC (MDD)<br>No.<br><br>**ORDER DISMISSING CIVIL<br>ACTION WITHOUT PREJUDICE<br>FOR FAILING TO PAY<br>FILING FEES REQUIRED<br>BY 28 U.S.C. § 1914(a) AND/OR<br>FAILING TO MOVE TO<br>PROCEED IN FORMA PAUPERIS<br>PURSUANT TO 28 U.S.C. § 1915(a)** |

Plaintiff, currently detained at the Etowah County Detention Center in Gadsden, Alabama, and proceeding pro se, filed an incomprehensible one-page complaint entitled "Civil Rights Action with the Writ of Summons and Complaint" "under 42 U.S.C. § 1983" on March 17, 2014.  (ECF No. 1.)

## I.    FAILURE TO PAY FILING FEE OR REQUEST IFP STATUS

All parties instituting any civil action, suit or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee

1  of $400. <u>See</u> 28 U.S.C. § 1914(a).[1]  An action may proceed despite a party's failure to

2  pay this filing fee only if the party is granted leave to proceed <u>in forma pauperis</u> ("IFP")

3  pursuant to 28 U.S.C. § 1915(a).  <u>See</u> <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1051 (9th

4  Cir. 2007); <u>Rodriguez v. Cook</u>, 169 F.3d 1176, 1177 (9th Cir. 1999).

5       Plaintiff has not prepaid the $400 in filing and administrative fees required to

6  commence a civil action, nor has he submitted a Motion to Proceed IFP pursuant to 28

7  U.S.C. § 1915(a).  Therefore, the case cannot yet proceed.  <u>See</u> 28 U.S.C. § 1914(a);

8  <u>Andrews</u>, 493 F.3d at 1051.

9  **II**.  **CONCLUSION AND ORDER**

10       For the reasons set forth above, the Court hereby:

11      (1)  **DISMISSES** this action without prejudice for failing to pay the $400 civil

12  filing and administrative fee or submit a Motion to Proceed IFP pursuant to 28 U.S.C.

13  § 1914(a) and § 1915(a); and

14      (2)  **GRANTS** Plaintiff **forty five (45)** days from the date this Order is filed to:

15  (a) prepay the entire $400 civil filing and administrative fee in full; *or* (b) complete and

16  file a Motion to Proceed IFP which includes a certified copy of his trust account

17  statement for the 6-month period preceding the filing of his Complaint.  <u>See</u> 28 U.S.C.

18  § 1915(a)(2); S.D. CAL. CIVLR 3.2(b).

19      **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff

20  with this Court's approved form "Motion and Declaration in Support of Motion to

21  Proceed <u>In Forma Pauperis</u>."  If Plaintiff fails to either prepay the $400 civil filing fee

22  or complete and submit the enclosed Motion to Proceed IFP within that time, this action

23  shall remain dismissed without prejudice and without further Order of the Court.

24  DATED:  March 19, 2014

25  HON. GONZALO P. CURIEL
   United States District Judge

26

27      [1]  In addition to the $350 statutory fee, all parties filing civil actions on or after May 1, 2013,

28  must pay an additional administrative fee of $50.  <u>See</u> 28 U.S.C. § 1914(a), (b); Judicial Conference
Schedule of Fees, District Court Misc. Fee Schedule, eff. May 1, 2013.  However, the additional $50
administrative fee is waived if the plaintiff is granted leave to proceed IFP. <u>Id.</u>